# CERTIFICATE OF SERVICE

I hereby certify that on even date herewith, true and correct copies of the foregoing Motion were served upon the following registered counsel by operation of the Court's CM/ECF system:

Frances M. Lynch
U.S. Patent and Trademark Office
Office of the Solicitor
Mail Stop 8, P.O Box 1450
Alexandria, VA 22313-1450
Telephone: 571-272-9035
Facsimile: 571-273-0373
E-mail: frances.lynch@uspto.gov


Dated: July 11, 2014                                By: /s/ Andrew C. Lake
                                                                Andrew C. Lake

                                                                *Counsel for Appellant*