NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In Re NAS NALLE AUTOMATION SYSTEMS, LLC,**
*Appellant*

_____

14-1487
(Serial no. 90/011,957 )

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

_____

ON MOTION

O R D E R

Upon consideration of the Appellant NAS Nalle Automation Systems, LLC's unopposed motion to extend time to file its principal brief until August 08, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                              FOR THE COURT

July 14, 2014                    /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court